**Order entered December 13, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00769-CV

**LARRY K. ANDERS, Appellant**

**V.**

**CROSSFIRST BANK, A KANSAS STATE BANK, Appellee**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-05551-2018**

## ORDER

On November 18, 2021, we ordered the clerk's record filed September 30, 2021 stricken as improperly filed under seal. The record consisted of two volumes. Only one volume, however, was filed under seal and only that volume should have been stricken.

By unopposed motion filed December 8, 2021, appellant requests we reinstate the unsealed volume. We **GRANT** the motion. We **VACATE** the November 18th order to the extent it ordered the entire September 30th clerk's

record stricken such that the unsealed volume is reinstated.  The clerk's record now consists of the September 30th unsealed volume, the November 16, 2021 sealed record, and the November 16, 2021 supplemental record.

On the Court's own motion, we **EXTEND** the deadline for filing appellant's brief to January 5, 2022.

/s/  BONNIE LEE GOLDSTEIN
     JUSTICE